

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-14-00239-CR

| | | |
|---|---|---|
| Asencio Perez, Jr. | § | From the 355th District Court |
| | § | of Hood County (CR10203) |
| v. | § | June 25, 2015 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

SECOND DISTRICT COURT OF APPEALS


By /s/ Lee Gabriel
          Justice Lee Gabriel